DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHRISTIAN LOZANO,**
Appellant,

v.

**DEPARTMENT OF REVENUE, CHILD SUPPORT ENFORCEMENT** and
**DIANA LOZANO,**
Appellees.

No. 4D20-292

[February 10, 2021]

Appeal from the State of Florida, Department of Revenue; L.T. Case Nos. 56180003043DR and CSE 2001340734.

Christian Lozano, Port St. Lucie, pro se.

Ashley Moody, Attorney General, Tallahassee, and Toni C. Bernstein, Senior Assistant Attorney General, West Palm Beach, for appellee Department of Revenue.

PER CURIAM.

The appellant, Christian Lozano, appeals *pro se* the final administrative support order rendered by the appellee, the Department of Revenue. The appellant's brief does not raise any issue with merit. Thus, we affirm the support order without prejudice for the appellant to seek a modification of the final administrative support order as set forth in section 409.2563(12), Florida Statutes (2020), or a superseding order in the circuit court pursuant to section 409.2563(10)(c), Florida Statutes (2020). *See Feliciano v. Dep't of Revenue, Child Support Enf't*, 305 So. 3d 801, 803 (Fla. 4th DCA 2020).

*Affirmed without prejudice.*

WARNER, CONNER and FORST, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***